# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

PATRICIA CAHILL
    Plaintiff(s)

v.          CIVIL ACTION NO. 1:16-cv-11425-GAO

Peter O'Rourke
    Defendant(s)

## JUDGMENT IN A CIVIL CASE

O'Toole U.S.D.J

**IT IS ORDERED AND ADJUDGED:** Pursuant to the Opinion and Order of this court on 09/27/2019, Summary Judgment is GRANTED for the Defendant. This action is hereby dismissed

ROBERT M. FARRELL
CLERK OF COURT

Dated: 09/27/2018

By /s/ Taylor Halley
Deputy Clerk